**Affirmed and Opinion Filed October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01274-CR

### RANDALL CHARLES PLOWMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-81701-2014

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Bridges

A jury convicted Randall Charles Plowman of five counts of possession of child pornography. *See* TEX. PENAL CODE ANN. § 43.26(a)(1), (d) (West Supp. 2015). The trial court assessed punishment, enhanced by a prior felony conviction, at five years' imprisonment on each count and ordered the sentences to run consecutively. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment on each count.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
151274F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RANDALL CHARLES PLOWMAN,
Appellant

No. 05-15-01274-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-81701-2014.
Opinion delivered by Justice Brides. Justices
Lang-Miers and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 20, 2016.